AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. |
| ) | 6:25-mj-159 |
| Kielan Robert Eugene Fitzsimonds ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  June 8, 2025  in the county of  Lane  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Willful depredation of government property |

This criminal complaint is based on these facts:

The attached affidavit of FBI Special Agent Hunter E. Fikes, which is incorporated herein.

☑ Continued on the attached sheet.

/s/ Hunter E. Fikes via Telephone
*Complainant's signature*

Hunter E. Fikes, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 10:44 a.m. a.m./p.m.

Date: June 13, 2025

*Andrew Hallman*
*Judge's signature*

City and state: Eugene, Oregon

Andrew D. Hallman
*Printed name and title*