DISTRICT OF OREGON, ss:     AFFIDAVIT OF HUNTER E. FIKES

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Hunter E. Fikes, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since December 2022. My training and experience include investigating federal criminal violations related to child exploitation, and child pornography, and interstate threats, among other federal violations. Prior to working for the FBI, I worked for the Metropolitan Nashville Police Department where I curated multiple numerous investigations, including within the role of a detective in the Crimes Against Children Unit for three years. I am a federal law enforcement officer who is engaged in enforcing the criminal laws, and I am authorized by law to request a search warrant.

2.     I submit this affidavit in support of a criminal complaint and arrest warrant for Kielan Robert Eugene Fitzsimonds (hereinafter "Fitzsimonds"), for a violation of 18 U.S.C. § 1361, Willful Depredation of Government Property, less than $1,000 (hereinafter, "Target Offense"). As set forth below, there is probable cause to believe, and I do believe, that Fitzsimonds committed the Target Offense.

**Applicable Law**

3.     Title 18, United States Code, Section 1361 prohibits any person from committing depredation against any property of the United States, or of any department or agency thereof. If the damage or attempted damage to such property does not exceed the sum of $1,000, by a fine under this title or by imprisonment for not more than one year, or both.

**Statement of Probable Cause**

4. On June 10, 2025, I became aware of apparent damage to a United States Government vehicle that had been parked in the lower parking lot at the federal building located at 211 E 7th Ave, Eugene, Oregon. The lower parking lot is depicted below.



The damage was found on June 10, 2025, by a United States Immigration and Customs Enforcement (ICE) agent, who then reported it to the Federal Protective Service (FPS). FPS then notified FBI of the damage. This vehicle was and is owned by the United States Department of Homeland Security. The damage included a shattered back window and multiple dents on the trunk and the hood of the vehicle (as depicted below). Additionally, in the backseat of the vehicle, there was a large rock that was lying in the backseat, which appeared to be the cause of

**Affidavit of Hunter E. Fikes**                                                                                                  **Page 2**

the damage. This rock was located by the United States Immigration and Customs Enforcement Agent while the agent was surveying the damage done to the vehicle. In addition to the rock that was found in the back seat of the vehicle, FBI agents recovered an additional six (6) rocks in the near vicinity of the vehicle.



**Affidavit of Hunter E. Fikes**                                                                                                  **Page 3**

5. On June 10, 2025, I reviewed video surveillance from multiple different camera angles on the exterior of the federal building, in order to determine the cause of the damage. The surveillance footage captured that on or about June 8, 2025, at approximately 8:00 pm, a white male (later identified as Fitzsimonds, as discussed below) was walking around the federal building, above where the aforementioned vehicle was located. In one video, Fitzsimonds was standing at an entrance under the "Federal Building" sign. Fitzsimonds was also walking around the building with what appeared to be a rock in his hand (depicted below).

 

6. Fitzsimonds was looking in several windows and appeared to attempt to gain entry into the building. Fitzsimonds was wearing black shoes, a black shirt, and blue jeans, with a black blanket draped around his neck. Fitzsimonds could also be observed on the North side of the building above the basement parking lot overlooking United State Government-owned vehicles. There were approximately three separate incidents where Fitzsimonds was observed walking towards the lower parking lot on camera, stopping and appearing to throw multiple

**Affidavit of Hunter E. Fikes**                                                                                            **Page 4**

objects down towards the vehicles. These separate incidents were all within approximately 10 minutes of each other. Each time Fitzsimonds threw an object down towards the vehicle (depicted below; Fitzsimonds within red box), he was above/near in the vehicle that was damaged.



7.      FBI subsequently sent still photographs of the suspect to the Eugene Police Department (EPD).  On June 11, 2025, an EPD Officer Jose Alvarez positively identified the suspect as Fitzsimonds.  Officer Alvarez explained that he was very familiar with Fitzsimonds, based on various interactions with him over a matter of years.  After reviewing the surveillance footage, Officer Alvarez was able to identify the suspect as Fitzsimonds, based on his clothing, appearance, and gait.  On the same date (June 11), Officer Alvarez observed Fitzsimonds in downtown Eugene, Oregon. Officer Alvarez called Fitzsimonds by name, and he responded.

Officer Alvarez temporarily spoke with Fitzsimonds, based on reasonable suspicion for the depredation of government property. Fitzsimonds was not questioned about the depredation and was not arrested. However, Officer Alvarez took a photograph of Fitzsimonds during this encounter (below, left). Fitzsimonds appeared to be wearing the same clothing (sans blanket) he was wearing in the June 8 surveillance footage (below, right).

 

8. On June 10, 2025, I was contacted by a Lane County Probation and Parole Officer Michele Larsen who was assigned as Fitzsimond's probation officer. Fitzsimonds is on felony probation for an assault that occurred in Lane County, Oregon. Officer Larsen informed me that she had reviewed the June 8 surveillance photograph that FBI had sent to EPD for identification purposes. She confirmed that the suspect in the photograph was Fitzsimonds, based on her intimate familiarity with him.

**Affidavit of Hunter E. Fikes**                                                                                           **Page 6**

9.  On June 11, 2025, FBI received an estimate from a glass company in Eugene, Oregon, to replace the back window, estimated at approximately $480.12. To date, FBI has not yet received an estimate for repair of other alleged depredation to the government vehicle.

## Conclusion

10.  Based on the foregoing, I have probable cause to believe, and I do believe, that Kielan Robert Eugene Fitzsimonds committed an offense in violation of 18 U.S.C. § 1361. I therefore request that the Court issue a criminal complaint and arrest warrant for Kielan Robert Eugene Fitzsimonds.

11.  Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Adam Delph and AUSA Delph advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Affidavit of Hunter E. Fikes**                                                                                                   **Page 7**

## Request for Sealing

12.  It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Hunter E. Fikes
Special Agent, FBI

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __10:44 a.m.__ a.m./p.m. on June __13__, 2025.

*Andrew Hallman*
HONORABLE ANDREW HALLMAN
United States Magistrate Judge