SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**JEFFREY S. SWEET, OSB #994183**
Assistant United States Attorney
jeff.sweet@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **6:25-CR-00275-MTK** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **KIELAN ROBERT EUGENE FITZSIMONDS** | |
| **Defendant.** | |

Defendant Kielan Fitzsimonds threw rocks at a government vehicle in a federal parking lot, breaking the window and causing other damage. Mr. Fitzsimonds has mental health issues and has accepted responsibility for the offense. The government is recommending a sentence of three years of probation.

### Guilty Plea & Guideline Computations

On August 20, 2025, Mr. Fitzsimonds pleaded guilty to Count 1 of the Superseding Information, which charges depredation of government property, in violation of 18 U.S.C. §

**Government's Sentencing Memorandum** **Page 1**

1361. The government agrees with the guideline calculations as set forth in the PSR, which follow below:

| Guidelines | Amount |
|---|---|
| Base offense level:          § 2B1.1(a)(2) | 6 |
| Acceptance of Responsibility:  § 3E1.1 | -2 |
| **Total Offense Level** | 4 |
| **Criminal History Category of IV** | |
| **Advisory Guideline Range** | **2-8 months** |

## Factual Background and Argument

On June 8, 2025, in Eugene, Oregon, Mr. Fitzsimonds threw rocks at a government car that was parked in the federal building parking lot. He shattered the vehicle's rear window and caused dents in the trunk and hood. His conduct was captured by surveillance cameras and he was identified and arrested a few days later.

As set forth in the Presentence Report, Mr. Fitzsimonds has a history of mental health issues, and the day of the offense he used methamphetamine and fentanyl. He has prior convictions, some of which are clearly related to his mental health issues, and his convictions include Assault IV in 2023 and 2021, and a separate Harassment in 2021. He is on state probation, but is apparently not currently participating in substance abuse treatment.

Mr. Fitzsimonds was released from custody on August 20, 2025, and ordered to reside at the Eugene Mission. However, within a week, he left the Mission without permission and a warrant was issued. On November 18, 2025, he went to see his state Probation Officer and was arrested. He is currently in custody.

## Conclusion

The government recommends a sentence of three years of probation and a $100 fee assessment. The government does not yet have a final amount of restitution, and requests that restitution be ordered and that a restitution hearing be set a future date. The parties will confer

**Government's Sentencing Memorandum**                                                      **Page 2**

once a final restitution figure is determined, and will inform the Court if a hearing will be necessary.

Dated: November 25, 2025

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

s/ *Jeffrey S. Sweet*
JEFFREY S. SWEET, OSB #994183
Assistant United States Attorney

**Government's Sentencing Memorandum**                                          **Page 3**